UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80114-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MARIO MARTINEZ WILLIAMS,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Ryon M. McCabe Following Change of Plea Hearing [ECF No. 39]. On January 7, 2025, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 36] during which Defendant pled guilty to Count 2 and Count 3 of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 37, 38]. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 2 and Count 3 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No.1]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 39] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Mario Martinez Williams** as to Count 2 and Count 3 of the Indictment is **ACCEPTED**.

CASE NO. 24-80114-CR-CANNON

3. Defendant **Mario Martinez Williams** is adjudicated guilty of Count 2 and 3 of the Indictment.  Count 2 charges him with, possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18 U.S.C. § 942(c)(1)(A)(ii).  Count 3 charges him with possession of a firearm and ammunition by a convicted felon, in violation of Title 18 U.S.C. § 922(g)(1) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 22nd day of January 2025.

                                                **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record